# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MELVIN ORELLANA,<br><br>    Defendant | Case No.: 2:22-cr-0084-APG-BNW<br><br>**Order Denying Motion for Sentence Reduction**<br><br>[ECF No. 16] |

Defendant Melvin Orellana filed a motion for reduction of sentence based on the United States Sentencing Commission's recent Amendment 821 to the Sentencing Guidelines. ECF No. 16. However, Mr. Orellana does not qualify for relief because his anticipated release date is December 9, 2023, while the effective date for any reduction under Amendment 821 is February 1, 2024.

I THEREFORE ORDER that Orellana's motion **(ECF No. 16) is denied**.

DATED this 8th day of December, 2023.

> ANDREW P. GORDON
> UNITED STATES DISTRICT JUDGE